**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NANCY MARKHAM** | **CIVIL ACTION** |
| **v.** | **NO. 19-5464** |
| **ETHICON, INC., JOHNSON & JOHNSON** | |

## ORDER RE: MOTION TO REMAND

**AND NOW**, this 22nd day of January, 2020, upon consideration of Plaintiff's Motion to Remand, (ECF 3), Defendants' response in opposition, (ECF 10), Plaintiff's reply, (ECF 11), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson
_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-5464 Markham v Ethicon\19cv5464 Order re Motion to Remand.docx