# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NANCY MARKHAM v. ETHICON, INC., JOHNSON & JOHNSON | CIVIL ACTION NO. 19-5464 |
|---|---|

## ORDER RE: MOTION TO DISMISS OR TRANSFER

**AND NOW**, this 6th day of March, 2020, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer Venue (ECF 7), Plaintiff's Response (ECF 9), Defendants' Reply (ECF 13), and oral argument held on March 5, 2020, it is hereby **ORDERED** that Defendants' motion to dismiss for lack of personal jurisdiction is denied without prejudice, and the action is **TRANSFERRED** to the Eastern District of Washington. The Clerk shall transfer the record to that district.

    **BY THE COURT:**

    s/ Michael M. Baylson

    **MICHAEL M. BAYLSON**
    **United States District Court Judge**

O:\CIVIL 19\19-5464 Markham v Ethicon\19cv5464 Order re Motion to Dismiss or Transfer.docx